Geoffrey M. Davis (SBN 214692)
geoffrey.davis@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd. Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendant CRANE CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN CRANE INC., et al.,<br><br>　　　　　Defendants. | Case No.: :19-cv-00752-JAM-KJN<br><br>STIPULATION TO EXTEND THE TIME FOR CRANE CO. TO ANSWER PLAINTIFFS' COMPLAINT PURSUANT TO LR 144(a) |

**STIPULATION TO EXTEND THE TIME FOR CRANE CO. TO ANSWER PLAINTIFFS' COMPLAINT PURSUANT TO LR 144(a)**

1

303395934 v1

Plaintiffs WILLIAM KUNTZ and MARY KUNTZ ("Plaintiffs") and Crane Co., hereby stipulate, through their counsel of record, as follows:

IT IS HEREBY STIPULATED by and between Plaintiffs and Crane Co., through their respective attorneys, pursuant to Northern District of California Local Rule 144(a), that the time for Crane Co. to answer Plaintiffs' Complaint herein is and shall be extended from May 28, 2019 to June 21, 2019. This is the initial extension of time for Crane Co. to respond to the Complaint, and no parties other than Plaintiffs and Crane Co. are affected by this stipulation.

Dated: June 3, 2019                              BRAYTON PURCELL LLP


                                                 By: */s/ David Donadio,* as authorized on May 28, 2019
                                                     David Donadio
                                                     Attorneys for Plaintiffs


Dated: May 28, 2019                              K&L GATES LLP


                                                 By: */s/ Geoffrey M. Davis*
                                                     Geoffrey M. Davis
                                                     Attorneys for Crane Co.

---

**STIPULATION TO EXTEND THE TIME FOR CRANE CO. TO ANSWER PLAINTIFFS' COMPLAINT PURSUANT TO LR 144(a)**

3

**IT IS SO ORDERED.**

Dated: June 4, 2019                                    /s/ John A. Mendez

                                                 Hon. John A. Mendez
                                                 United States District Court Judge

**STIPULATION TO EXTEND THE TIME FOR CRANE CO. TO ANSWER PLAINTIFFS' COMPLAINT PURSUANT TO LR 144(a)**

3