1  ALAN R. BRAYTON, ESQ., S.B. #73685
   KIMBERLY J. CHU, ESQ., S.B. #206817
2  kchu@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   415) 898-1247 (Facsimile)
6
7  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and<br>MARY LOIS KUNTZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN CRANE, INC., et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-00752-JAM-KJN<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT REXNORD INDUSTRIES, LLC** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant REXNORD INDUSTRIES, LLC are hereby dismissed without prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 7, 2019　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　　　　John Mendez
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge