ALAN R. BRAYTON, ESQ., S.B. #73685
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY LOIS KUNTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN CRANE, INC., et al., <br><br> Defendants. | No. 2:19-cv-00752-JAM-KJN <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN CRANE INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant JOHN CRANE INC. are hereby dismissed without prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 7, 2019                                /s/ John A. Mendez_____
                                                              John Mendez
                                                              United States District Court Judge