ALAN R. BRAYTON, ESQ., S.B. #73685
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM KUNTZ and MARY LOIS KUNTZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN CRANE, INC., et al.,<br><br>    Defendants. | No. 2:19-cv-00752-JAM-KJN<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EATON CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant EATON CORPORATION are hereby dismissed without prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 17, 2019                      /s/ John A. Mendez_____
                                                                      John Mendez
                                                                      United States District Court Judge