1  ALAN R. BRAYTON, ESQ., S.B. #73685
   KIMBERLY J. CHU, ESQ., S.B. #206817
2  kchu@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555
   415) 898-1247 (Facsimile)
6
   Attorneys for Plaintiffs
7

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  WILLIAM KUNTZ and                  )    No. 2:19-cv-00752-JAM-KJN
    MARY LOIS KUNTZ,                   )
12                                     )    **ORDER GRANTING PARTIES' DISMISSAL**
           Plaintiffs,                 )    **WITHOUT PREJUDICE OF DEFENDANT**
13                                     )    **ARCATA AUTO SUPPLY**
    vs.                                )    _____
14                                     )
    JOHN CRANE, INC., et al.,          )
15                                     )
           Defendants.                 )
16  _____     )

17

18       PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant

19  ARCATA AUTO SUPPLY are hereby dismissed without prejudice, with a mutual waiver of

20  costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

21

22  Dated:  August 29, 2019                        /s/ John A. Mendez_____
                                                   John Mendez
23                                                 United States District Court Judge

24

25

26

27

28