**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
**(415) 898-1555**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY KUNTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN CRANE INC., et al., <br><br> Defendants. | No. 2:19-CV-00752-JAM-EFB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT VIKING PUMP, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant VIKING PUMP, INC. are hereby dismissed with prejudice.

Dated: December 26, 2019           /s/ John A. Mendez
                                                    John A. Mendez
                                                    United States District Judge