BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIAM KUNTZ and
MARY KUNTZ,

           Plaintiffs,

vs.

JOHN CRANE INC., et al.,

           Defendants.

)
)
)
)
)
)
)
)
)
)
)

No. 2:19-CV-00752-JAM-EFB

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY**

       PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant METROPOLITAN LIFE INSURANCE COMPANY are hereby dismissed with prejudice.

Dated: 12/30/19

                           /s/ John A. Mendez
                           John A. Mendez
                           United States District Court Judge

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY