ALAN R. BRAYTON, ESQ., S.B. #73685
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM KUNTZ and MARY LOIS KUNTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN CRANE, INC., et al., <br><br> Defendants. | No. 2:19-cv-00752-JAM-KJN <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY** <br> _____ |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant

Metropolitan Life Insurance Company are hereby dismissed without prejudice, with a mutual

waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.


Dated: 12/30/2019                                   /s/ John A. Mendez_____
                                                    John A. Mendez
                                                    United States District Court Judge

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
**(415) 898-1555**