**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
**(415) 898-1555**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY KUNTZ,<br><br>   Plaintiffs,<br><br>vs.<br><br>JOHN CRANE INC., et al.,<br><br>   Defendants. | No. 2:19-CV-00752-JAM-EFB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT ABB INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant ABB INC. are hereby dismissed with prejudice.

Dated: 1/22/20            /s/ John A. Mendez_____
                   John A. Mendez
                   United States District Court Judge