MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
JOSEPH B. ADAMS, ESQ. (SBN 194964)
jadams@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:     (415) 397-9006
Facsimile:      (415) 397-1339

Attorneys for Defendant
PARKER-HANNIFIN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY KUNTZ, | Case No. 2:19-cv-00752-JAM-KJN |
| Plaintiffs, | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT PARKER-HANNIFIN CORPORATION** |
| vs. | |
| JOHN CRANE INC., et al., | |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant PARKER-HANNIFIN CORPORATION are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:   3/2/2020                         /s/ John A. Mendez

                                         John A. Mendez
                                         United States District Court Judge

2773984

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT PHC