Geoffrey M. Davis (SBN 214692)
geoffrey.davis@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard Eighth Floor,
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant Crane Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ, *et al.*, <br><br>             Plaintiffs, <br><br>vs. <br><br>JOHN CRANE INC., *et al.*, <br><br>             Defendants. | Case No.: 2:19-cv-00752-JAM-KJN <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CRANE CO.** <br><br> Complaint Filed:   May 1, 2019 <br> Trial Date:           August 3, 2020 |

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs WILLIAM KUNTZ and MARY KUNTZ, and Defendant CRANE CO., through their counsel of record, that all claims against Defendant CRANE CO. shall be, and hereby are, dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The parties shall bear their own costs.

Dated: April 30, 2020				BRAYTON PURCELL LLP


					By: */s/ David Donadio (as authorized on April 30, 2020)*
					    David Donadio
					    Attorneys for Plaintiffs


Dated: April 30, 2020				K&L GATES LLP


					By:  */s/ Geoffrey M. Davis*
					     Geoffrey M. Davis
					     Attorneys for Crane Co.


Pursuant to stipulation, **IT IS ORDERED** that all claims against defendant Crane Co. are hereby dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own costs.

Dated: April 30, 2020

					/s/ John A. Mendez_____
					Honorable John A. Mendez
					United States District Court Judge