ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM KUNTZ and MARY KUNTZ,<br><br>             Plaintiffs,<br><br>vs.<br><br>JOHN CRANE INC., et al.,<br><br>             Defendants. | Case No. 2:19-CV-00752-JAM-KJN<br><br>ORDER GRANTING PARTIES DISMISSAL WITH PREJUDICE OF DEFENDANT INGERSOLL-RAND COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All allegations, if any, as to Defendant INGERSOLL-RAND COMPANY are hereby dismissed with prejudice.

Dated:  August 14, 2020          /s/ John A. Mendez_____
                                 Honorable John A. Mendez