BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY KUNTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN CRANE INC., et al., <br><br> Defendants. | Case No. 2:19-CV-00752-JAM-EFB <br><br> ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160 |

Based on good cause shown, Plaintiff's Request for an Extension of Time to File Dispositional Documents Pursuant to Local Rule 160 is hereby GRANTED.

Parties' new deadline to file dispositional documents is October 20, 2020.

IT IS SO ORDERED.

Dated: August 18, 2020        /s/ John A. Mendez_____
                              Honorable John A. Mendez

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160