1  DAVID R. DONADIO, ESQ., S.B. #154436
   ddonadio@braytonlaw.com
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  415) 898-1247 (Facsimile)

6  Attorneys for Plaintiffs

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
**(415) 898-1555**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY LOIS KUNTZ,<br><br>            Plaintiffs,<br><br>vs.<br><br>JOHN CRANE, INC., et al.,<br><br>            Defendants. | No. 2:19-cv-00752-JAM-KJN<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant Foster Wheeler LLC (FKA Foster Wheeler Corporation) are hereby dismissed without prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  September 1, 2020                                   /s/ John A. Mendez_____
                                                            Honorable John Mendez
                                                            United States District Court Judge