ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNTZ and MARY LOIS KUNTZ, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>JOHN CRANE, INC., et al., <br><br>　　　　　Defendants. | No. 2:19-cv-00752-JAM-KJN <br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, as to HONEYWELL INTERNATIONAL INC. are hereby dismissed with prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 9/28/2020　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　　　John Mendez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge