**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM KUNTZ and MARY KUNTZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOHN CRANE INC., et al.,<br><br>　　　　Defendants. | Case No. 2:19-CV-00752-JAM-KJN<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY<br><br>Date:　October 5, 2020<br>Judge:　Honorable John A. Mendez<br>Courtroom: 6 - 14th Floor |

Based upon the papers filed herein and for good cause shown:

1. Plaintiff MARY KUNTZ, successor-in-interest to decedent WILLIAM KUNTZ, be substituted for decedent in this cause of action as to the surviving personal injury claims of decedent's estate.

2. Plaintiff may amend the caption of the complaint showing the substitution as is shown in the form attached to this order as Exhibit B.

IT IS SO ORDERED

DATED: October 5, 2020　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1
ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY