1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MARY KUNTZ, as Successor-in-          )    Case No.  2:19-CV-00752-JAM-EFB
      Interest to WILLIAM KUNTZ,            )
12    Deceased,                             )    ORDER GRANTING PLAINTIFFS' REQUEST
                                            )    FOR AN EXTENSION OF TIME TO FILE
13                    Plaintiffs,           )    DISPOSITIONAL DOCUMENTS PURSUANT
                                            )    TO LOCAL RULE 160
14                                          )    _____
      vs.                                   )
15                                          )
      JOHN CRANE INC., et al.,              )
16                                          )
                      Defendants.           )
17    _____   )

18

19              Based on good cause shown, Plaintiff's Request for an Extension of Time to File

20    Dispositional Documents Pursuant to Local Rule 160 is hereby GRANTED.

21              Parties' new deadline to file dispositional documents is January 18, 2021.

22    IT IS SO ORDERED.

23

24

      DATED:  October 14, 2020                  /s/ John A. Mendez
25                                              _____
                                                THE HONORABLE JOHN A. MENDEZ
26                                              UNITED STATES DISTRICT COURT JUDGE

27

28
                                            1

BRAYTON⊕PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555